UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Victor W. Weaver

        v.                               Civil No. 10-cv-340-SM

U.S. Social Security Administration, Commissioner

O R D E R

    I herewith approve the Report and Recommendations of Magistrate Judge Landya B. McCafferty dated May 25, 2011, no objection having been filed, for the reasons set forth therein. The Commissioner's motion for an order affirming (DN 12) is denied; and the Plaintiff's motion to reverse the decision of the Commissioner (DN 10) is granted to the extent that the case is remanded to the Administrative Law Judge for further proceedings.

    SO ORDERED.

June 27, 2011

                                                  Steven J. McAuliffe
                                                  Chief Judge

cc:    Raymond J. Kelly, Esq.
        Robert J. Rabuck, Esq.